The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
E-mail: tracey@disabilitylawfirm.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARGARET STEVENSON, ) | CIVIL NO. EDCV 10-1376 FMO |
| Plaintiff, ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND FIVE HUNDRED dollars ($3,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 12/7/11           _____/s/_____
                         FERNANDO M. OLGUIN
                         UNITED STATES MAGISTRATE JUDGE